Return to:
First Court of Appeals
301 Fannin Street
Houston, Texas 77002

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

JUL 22 2015

CHRISTOPHER A. PRINE

CLERK

Case Number
01-14-01019-CR

| | | |
|---|---|---|
| Hung Le | § | COURT OF APPEALS |
| | § | 1ST DISTRICT |
| The State of Texas | § | HOUSTON, TEXAS |

### Pro se Motion for Access to Appellate Record

To the Honorable Justices of Said Court:

Appellant's appointed counsel has filed a brief in the above styled and numbered cause pursuant to *Anders v. California*, 386 U.S. 738 (1967).

Appellant now moves this Court to provide him with a copy of the appellate record including the clerk's record and the court reporter's record for use in preparing his pro se response to counsel's brief.

Appellant requests an extension of time of 30 days from the granting of this motion to file a pro se response to counsel's *Anders* brief.

Respectfully submitted,

HUNG - LE
Pro se Appellant
MICHAEL Unit, TDCJ # 01966229
TENN-Colony Texas 75886.

### Certificate of Service

This is to certify that on 7-16-15 (Date), a true and correct copy of the above and foregoing document was served by mail on:

Harris County District Attorney's Office, 1201 Franklin, Suite 600, Houston, TX 77002

Pro se Appellant

Hung Le #1966229
Michael Unit
2664 FM 2054
Tenn. Colony TX 75885

L E G A L  M A I L

770022066S9

NORTH TEXAS TX METRO
DALLAS TX 750
20 JUL 2015 PM 5 L

First Court of Appeals
301 Fannin Street
Houston TX 77002

RECEIVED
FIRST COURT OF APPEALS
HOUSTON, TEXAS

JUL 22 2015

CHRISTOPHER A. PRINE
CLERK

MAIL RECEIVED